**SEALED DOCUMENT**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH | ) | |
| of Yahoo, Inc. account records | ) | Cr. No. 08 mj 88 |
| and stored electronic mail | ) | UNDER SEAL - LEVEL I |
| re: the account using the e-mail | ) | |
| address "amcfelea_12@yahoo.com" | ) | |

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court having considered the Motion filed by the government seeking an Order precluding Yahoo, Inc. from notifying any person of the existence of the Search Warrant pertaining to e-mail address "amcfelea_12@yahoo.com", finds that there is reason to believe that notification of the existence of the Order will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo, Inc. shall not notify any person of the existence of the Search Warrant, for a period of one hundred and eighty (180) days.

September 5, 2005


JAMES R. MUIRHEAD
UNITED STATES MAGISTRATE JUDGE